USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA'S PHOTOGRAPHY, INC., <br><br> **Plaintiff,** <br><br> -against- <br><br> FENTON RETAIL GROUP LLC, <br><br> **Defendant.** | 19-cv-9084 (ALC) <br><br> **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   May 27, 2020
         New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**